IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:09CR383 |
| v. | ) | |
| LUIS A. TREJO-DIAZ, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for dismissal without prejudice (Filing No. 74) of the indictment against defendant Luis A. Trejo-Diaz. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion for dismissal is granted. The indictment against Luis A. Trejo-Diaz is dismissed without prejudice.

DATED this 12th day of July, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court